Gloria WILLINGHAM, Plaintiff—Appellant,

and

Carl Jackson, Plaintiff,

v.

Graham BUCK, Officer; Douglas A. Crooke, Defendants—Appellees,

and

Sherry A. Bassett, Officer; Officer Brian; J. Thomas Manger; Fairfax County Board of Supervisors; County of Fairfax; Anthony Griffin, Defendants.

No. 06–1293.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2006.

Decided: July 21, 2006.

Gloria Willingham, Appellant Pro Se. David John Fudala, Fairfax Virginia; Robert Marvel Ross, County Attorney's Office, Fairfax, Virginia, for Appellees.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gloria Willingham appeals the district court's judgment entered in favor of the Defendant in accordance with the jury verdict in her civil rights trial. We have reviewed the record and Willingham's claims and find no reversible error. We find no error with the admission of the testimony challenged by Willingham. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*